# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| ROGERIO CHAVES SCOTTON, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:16-cv-40 |
| v. | * | |
| WARDEN TRACY JOHNS, | * | |
| Respondent. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's January 12, 2017, Report and Recommendation, dkt. no. 28, to which Petitioner Rogerio Chaves Scotton ("Scotton") has filed an Objection, dkt. no. 29. Scotton's Objection reiterates arguments presented in his Petition. Specifically he rehashes arguments as to whether he withdrew from the literacy program provided by the prison and whether he is entitled to 54 days of good conduct time ("GCT") per year instead of the 42 days' GCT he is receiving. Scotton's Objection is not responsive to the Magistrate Judge's recommendation that the Court deny his Motions for Preliminary Injunction, dkt. nos. 7, 9, 12, 18, nor is it responsive to the Magistrate Judge's recommendation that

the Court dismiss his claims arising under the First and Eighth Amendments. Similarly, Scotton's Objection is not responsive to the Magistrate Judge's finding that Scotton failed to exhaust his administrative remedies prior to filing his Section 2241 Petition.

Accordingly, after an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Scotton's Objection. Consequently, the Court **DENIES** Scotton's Motions for a Preliminary Injunction, dkt. nos. 7, 9, 12, 18, and **DISMISSES** Scotton's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241. Additionally, the Court **DENIES** Scotton leave to appeal *in forma pauperis*. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 15 day of March, 2017.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)